**Form odsm13L**

# United States Bankruptcy Court
Eastern District of Louisiana

*In Re:*
Sherlrita W. Washington
Raymond E. Washington

Case Number: 05–15196

*Debtor(s)*

Chapter: 13    Section A

## ORDER DISMISSING CASE

### Confirmation Denied

Pursuant to a hearing held November 8, 2005 on the Trustee's motion to dismiss this case,

IT IS ORDERED that this case is **DISMISSED** .

IT IS FURTHER ORDERED that the stay pursuant to 11 U.S.C. Section 362 is **vacated and set aside.**

New Orleans, Louisiana, December 2, 2005.
.

United States Bankruptcy Judge